**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:  Michael Patton ) | |
| Joyce Burke-Patton ) | Case No:  18 B 22393 |
| ) | Judge:    Schmetterer |
| ) | Chapter  13 |
| Debtors ) | |

**NOTICE OF MOTION**

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn St., Room 873, Chicago, IL 60604
**Trustee:** Tom Vaughn, 55 E. Monroe St., Suite 3850, Chicago, IL 60603
**and served upon the following parties via U.S. Mail:**
**Debtors**: Michael & Joyce Patton, 135 S. Menard, Chicago, IL 60644
**Attorney for Creditor**: Jose Moreno, Codilis & Associates, PC, 15W030 N. Frontage Rd., Suite 100, Burr Ridge, IL 60527
**and served upon the following parties via Certified Mail:**
Vice President Loan Documentation, Melissa Phipps, Wells Fargo Bank N.A., 1 Home Campus, X2303-01A, Des Moines, IA 50328

PLEASE TAKE NOTICE that on October 31, 2018 at 10:00 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Schmetterer, or any other Bankruptcy Judge presiding in his place in Courtroom 682 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, on the attached Motion to Determine Value of Claim Secured By a Lien, and shall request that the attached Order be entered, at which time you may appear if so desired.

**PROOF OF SERVICE**

I, The undersigned, an attorney, hereby certify that a copy of this notice was served electronically or mailed to the above persons, at her respective addresses, postage prepaid, by depositing in the U.S. Mail at 211 W. Wacker Dr., Chicago, IL 60606, before 6:00 p.m. on or before October 18, 2018.

/s/ Christopher Turnbull

Christopher Turnbull
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE:  Michael Patton | ) | |
|        Joyce Burke-Patton | ) | Case No:  18 B 22393 |
| | ) | Judge:    Schmetterer |
| | ) | Chapter   13 |
|     Debtors | ) | |

**MOTION TO DETERMINE VALUE OF CLAIM SECURED BY A LIEN**

      Now comes Michael Patton & Joyce Burke-Patton (hereinafter referred to as "Debtors"), by and through their attorneys, and moves this Honorable Court for entry of an Order Determining Value of Collateral, and in support thereof, respectfully represents as follows:

      1.      On August 9, 2018, the Debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code.

      2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157.

      3.      This is a core proceeding pursuant to 28 U.S.C. § 157(b).

      4.      The Debtors are the owners and residents of real estate located at 135 S. Menard, Chicago, IL 60644 (hereinafter referred to as "the Property").

      5.      The fair market value of the Property at the time of filing of the instant case was $76,000.00 (see attached Comparative Market Analysis, referred to as "Exhibit A").

      6.      There is a first mortgage lien on the property held by Wells Fargo Bank with a reported balance at the time of filing in the amount of $124,267.73 (see attached Proof of Claim, referred to as "Exhibit B").

7. Wells Fargo Bank also holds a junior mortgage with a reported balance at the time of filing in the amount of $90,878.43 (see attached Proof of Claim, referred to as "Exhibit C").

8. Pursuant to 11 U.S.C. § 506(a) and (d), Wells Fargo Bank's junior mortgage would be an allowed secured claim to the extent of the value of the estate's interest in the property securing the claim, and Wells Fargo Bank's lien is void to the extent it is not an allowed secured claim.

9. The amount owed on the first mortgage, $124,267.73, exceeds the value of the underlying property, which is $76,000.00. Therefore, Wells Fargo Bank's junior lien is wholly unsecured.

**WHEREFORE**, Debtor prays that this Honorable Court enter an Order:

1. Valuing the Debtor's real estate at $76,000.00;
2. Finding that the junior lien of Wells Fargo Bank, with an approximate balance of $90,878.43, is completely unsecured; and
3. For such other and further relief as this Court deems just and proper.

Respectfully submitted,

_____/s/ Christopher Turnbull
Christopher Turnbull
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001