UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 18-22393 |
|---|---|---|
| Michael Patton | ) | |
| Joyce Burke-Patton | ) | Chapter: 13 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER VALUING CLAIM OF WELLS FARGO BANK

On 10/18/18, the Debtors filed a motion to value the claim of Wells Fargo Bank (the "Creditor") secured by a lien against the property commonly known as 135 S. Menard, Chicago, IL 60644 ("Address") with real estate tax pin number 16-17-203-027-0000 (the "Property"). The Creditor has not responded to the motion.

IT IS HEREBY ORDERED that the relief requested in the motion in favor of the Debtors and against the Creditor is granted as follows:

1. For purposes of the Chapter 13 plan only, any claims asserted by the Creditor stemming from its Junior mortgage lien against the Property are entirely unsecured pursuant to 11 U.S.C. § 506(a) given the value of the Property and the amount of senior liens.

2. Any timely filed proof of claim of the Creditor for the Junior mortgage lien will be treated as an unsecured claim in the Chapter 13 plan.

3. Upon completion of the Chapter 13 plan and entry of a discharge, the Creditor's lien will be deemed satisfied pursuant 11 U.S.C. §§ 1322(b)(2), 1327 and 1328(a).

Enter:

*/s/ Carol A. Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: October 31, 2018

**Prepared by:**

Law Offices of Jason Blust, LLC
211 W. Wacker, Suite 300
Chicago, IL 60606